IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ROBERT A. BRYNER, et al., | ) | CASE NO. 5:12CV2082 |
| | ) | |
| Plaintiffs, | ) | JUDGE DAVID D. DOWD |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| PORTAGE COUNTY, OHIO/ | ) | |
| PORTAGE COUNTY BOARD OF | ) | |
| COMMISSIONERS, et al., | ) | |
| | ) | |
| Defendants | ) | **REPORT AND RECOMMENDATION** |

On September 6, 2012, the Honorable United States District Judge David D. Dowd referred this case to the undersigned for general pretrial supervision.  *See* Docket Entry dated 9/6/2012.  On January 17, 2013, the undersigned held a settlement conference with the parties.  Doc. 38.  A settlement was agreed to by all parties at the settlement conference.  Thereafter, in accordance with the undersigned's Minute Order dated January 18, 2013, (Doc. 38), the parties jointly filed a *Proposed Stipulation of Dismissal with Prejudice* on February 8, 2013.  Doc. 41.  Having reviewed the *Proposed Stipulation of Dismissal with Prejudice*, the undersigned recommends that the Court approve the *Stipulation* and enter an Order dismissing the case with prejudice.

Dated: February 8, 2013

_____
KATHLEEN B. BURKE
UNITED STATES MAGISTRATE JUDGE

**OBJECTIONS**

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after the party objecting has been served with a copy of this Report and Recommendation.  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *see also Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).